United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GEORGE AND LAURA RAMIREZ, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-371 |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## **CONDITIONAL DISMISSAL ORDER**

Plaintiffs George and Laura Ramirez filed a Notice of Settlement (Dkt. 23) advising the Court that the above-referenced dispute has settled. Accordingly, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, unless any party represents in writing filed with the Court **on or before February 25, 2020**, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the Court **on or before February 25, 2020.**

All pending motions are hereby DENIED as moot.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this the 8th day of January, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE